### 17401.   MAYFIELD v. THE STATE.

LUKE, J.   It not appearing from the bill of exceptions and the record that the bill of exceptions was tendered the judge within 20 days of the judgment complained of (the overruling of the petition for certiorari),

---

Criminal Law, 17 C. J. p. 129, n. 78.

this court is without jurisdiction to entertain the case.  See *Mansfield* v. *State*, 94 *Ga.* 74.

> *Writ of error dismissed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 13, 1926.

Certiorari; from Fulton superior court—Judge E. D. Thomas. March 18, 1926.

*Swift Tyler Jr., Morris Macks,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *Roy Dorsey,* solicitor, *J. W. LeCraw,* contra.